Laurel ZINN, Administratrix of the Estate of Richard A. Zinn v. TOBIN PACKING COMPANY, INC., No. 350-78

May 29, 1980. Cause remanded to the Bennington Superior Court for the limited purpose of entertaining defendant-appellant's motion for a new trial or other relief from judgment under V.R.C.P. 60(b). Jurisdiction retained in this Court.

STATE of Vermont v. Kenneth DWYER, No. 44-79

May 29, 1980. Appeal dismissed for failure to enter appearance of counsel, or appearance pro se.

Alice Mary LOWELL v. Forrest LOWELL, No. 79-79

May 29, 1980. Attorney for the appellant is hereby directed to effect the appearance of the personal representative for the decedent. V.R.A.P. 43(a).

Peter SCHEUERMANN and Ann-Marie Scheuermann v. Henry C. HASTINGS, No. 314-79

May 29, 1980. Appeal dismissed for failure to comply with the order dated April 14, 1980.

Jane P. GORE v. GREEN MOUNTAIN LAKES, INC., Charles Merlini, Leigh Merlini, David Fjeldstad and Laurie Fjeldstad, No. 425-79

May 29, 1980. Appeal dismissed for lack of final judgment. V.R.C.P. 54(b).

IN RE Michael ALDRICH, No. 181-80

May 29, 1980. Petitioner's motion for permission to file interlocutory appeal is denied. V.R.A.P. 5(b).

Daley, J.

IN RE GRIEVANCE OF Cora J. CAMPBELL, No. 124-79

June 3, 1980. The appellant shall evidence by July 1, 1980, her application to the Board for the certification of questions of law or the appeal shall be dismissed.

Gary JARVIS v. Norman KOSS, No. 160-79

June 3, 1980. Appellee's brief shall be filed by July 1, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.